IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHAEL DUNN,

    PLAINTIFF,

v.

POCOMOKE CITY,

    DEFENDANT.

\*

\*

\*

\*

\*

\*

Case No.

\*    \*    \*    \*    \*    \*    \*

## NOTICE OF REMOVAL

Pocomoke City, Defendant, by its undersigned counsel, pursuant to Title 28 U.S.C. §§ 1441 and 1446, and Local Rule 103.5 of the United States District Court for the District of Maryland, jointly remove this action from the Circuit Court for Worcester County to the United States District Court for the District of Maryland, and, for reasons, state:

1.    The Complaint governing this action was filed in the Circuit Court for Worcester County on January 23, 2020.

2.    The Complaint, brought under the auspices of State and Federal law, sets forth causes of action for:  Inverse Condemnation/ Taking (Violation of Md. Const. Art III, §40) (Count I); Taking (Violation of Fifth and Fourteenth Amendments of the United States Constitution pursuant to 42 U.S.C. § 1983) (Count II); Trespass (Count III); and Negligence (Count IV).

3.    Because Count II alleges causes of action against Defendant under a federal statute and/or the federal Constitution, the United States District Court has original jurisdiction over these counts, in that it purports to state a claim arising "under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

4.      In addition, pursuant to 28 U.S.C. § 1367, the United States District Court, in its discretion, may exercise supplemental jurisdiction over the state law causes of action in the Complaint, Counts I, III, and IV.

5.      A writ of summons was issued for Pocomoke City on January 24, 2020.

6.      Undersigned counsel received service of process on behalf of Pocomoke City on February 4, 2020.

7.      Thus, the Defendant is filing this Notice of Removal "within thirty (30) days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based. . . ." 28 U.S.C. § 1446 (b).

8.      Pursuant to Local Rule 103.5, Defendant is filing with this Notice of Removal in the United States District Court true and legible copies of all process, pleadings, papers, and orders which have been served upon them.

9.      Concurrent with the filing of this Notice of Removal, Defendant, pursuant to 28 U.S.C. § 1446(c)(5), has provided written notice of removal to Plaintiff and has filed a copy of this Notice with the Clerk of the Circuit Court for Worcester County, thereby effecting the removal of this action, and alerting the State court that it shall proceed no further unless and until the case is remanded. *See* Exhibit A.

Wherefore, Defendant notifies all Courts and Parties that this action has been removed to the United States District Court for the District of Maryland, and that no further proceedings shall be had in the Circuit Court for Worcester County.

Respectfully Submitted,

Matthew D. Peter
Federal Bar No. 26351
mpeter@lgit.org
7225 Parkway Drive
Hanover, Maryland 21076
Office - 443-561-1700
Facsimile - 443-561-1701
(Counsel for Defendant)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of March 2020, a copy of the foregoing Notice

of Removal was sent via first class mail, postage prepaid to:  Robin R. Cockey and Laura E. Hay,

Cockey, Brennan & Maloney, P.C., 313 Lemmon Hill Lane, Salisbury, Maryland  21801.

Matthew D. Peter

IN THE CIRCUIT COURT FOR WORCESTER COUNTY, MARYLAND

MICHAEL DUNN,

    PLAINTIFF,

v.

POCOMOKE CITY,

    DEFENDANT.

Case No. C-23-20-000032

\* \* \* \* \* \* \*

### NOTICE OF REMOVAL

Pocomoke City, Defendant, by its undersigned counsel, pursuant to Title 28 U.S.C. §§ 1441 and 1446, and Local Rule 103.5 of the United States District Court for the District of Maryland, jointly remove this action from the Circuit Court for Worcester County to the United States District Court for the District of Maryland, and, for reasons, state:

1.    The Complaint governing this action was filed in this Court on January 23, 2020.

2.    The Complaint, brought under the auspices of State and Federal law, sets forth causes of action for: Inverse Condemnation/ Taking (Violation of Md. Const. Art III, §40) (Count I); Taking (Violation of Fifth and Fourteenth Amendments of the United States Constitution pursuant to 42 U.S.C. § 1983) (Count II); Trespass (Count III); and Negligence (Count IV).

3.    Because Count II alleges causes of action against Defendant under a federal statute and/or the federal Constitution, the United States District Court has original jurisdiction over these counts, in that it purports to state a claim arising "under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

*Exhibit A*

4.      In addition, pursuant to 28 U.S.C. § 1367, the United States District Court, in its discretion, may exercise supplemental jurisdiction over the state law causes of action in the Complaint, Counts I, III, and IV.

5.      A writ of summons was issued for Pocomoke City on January 24, 2020.

6.      Undersigned counsel received service of process on behalf of Pocomoke City on February 4, 2020.

7.      Thus, the Defendant is filing this Notice of Removal "within thirty (30) days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based. . . ." 28 U.S.C. § 1446 (b).

8.      Pursuant to Local Rule 103.5, Defendant has filed with its Notice of Removal in the United States District Court true and legible copies of all process, pleadings, papers, and orders which have been served upon it.

9.      Concurrent with the filing of this Notice of Removal, Defendant, pursuant to 28 U.S.C. § 1446(c)(5), has provided written notice of removal to Plaintiff and has filed a copy of this Notice with the Clerk of the United States District Court, thereby effecting the removal of this action, and alerting the State Court that no further action should be taken in State court unless and until the case is remanded. *See* Exhibit A.

Wherefore, Defendant notifies all Courts and Parties that this action has been removed to the United States District Court for the District of Maryland, and that no further proceedings shall be had in the Circuit Court for Worcester County.

Respectfully Submitted,

Matthew D. Peter
CPF No.:  9812170037
mpeter@lgit.org
7225 Parkway Drive
Hanover, Maryland 21076
Office - 443-561-1700
Facsimile - 443-561-1701

(Counsel for the Defendant)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of March 2020, a copy of the foregoing Notice

of Removal was filed via MDEC with notice to:  Robin R. Cockey and Laura E. Hay, Cockey,

Brennan & Maloney, P.C., 313 Lemmon Hill Lane, Salisbury, Maryland  21801.

Matthew D. Peter

3